1  PETER E. BRIXIE, S.B. #124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

6  **Attorney for GEORGETTE ROGERS**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGETTE ROGERS,<br><br>         Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant | **CASE NO.:   2:15-CV-01574-EFB**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of January 25, 2016.  The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION SUMMARY JUDGMENT

1  This is the 1st request for extension by plaintiff.

2

3  Date:  12/15/15                              /s/ *Peter Brixie*
                                                PETER BRIXIE
4                                               Attorney at Law
                                                Attorney for Plaintiff
5

6

7  Dated:  12/15/15                              /s/ *Sharon Lahey*
                                                SHARON LAHEY
                                                Special Assistant U. S. Attorney
8                                               Attorney for Defendant

9

10                         __ooo__

11                    APPROVED AND SO ORDERED

12
   Dated: December 23, 2015.
13                                              _____
                                                EDMUND F. BRENNAN
14                                              United States Magistrate Judge

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION SUMMARY JUDGMENT