PETER E. BRIXIE, S.B. #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for GEORGETTE ROGERS**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE ROGERS,<br><br>            Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant | **CASE NO.:   2:15-CV-01574-EFB**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of February 24, 2016.  The extension is needed due to loss of my spouse.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION SUMMARY JUDGMENT

This is the 2nd request for extension by plaintiff.

Date:  1/22/16                              /s/ *Peter Brixie*
                                            PETER BRIXIE
                                            Attorney at Law
                                            Attorney for Plaintiff


Dated: 1/22/16                              /s/ *Sharon Lahey*
                                            SHARON LAHEY
                                            Special Assistant U. S. Attorney
                                            Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED

Dated:  January 25, 2016.

                                    _[signature]_
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION SUMMARY JUDGMENT