| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney |
| | DEBORAH LEE STACHEL |
| 3 | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| 4 | SHARON LAHEY |
| | California State Bar No. 263027 |
| 5 | Special Assistant United States Attorney |
| 6 | |
| 7 | 160 Spear Street, Suite 800 |
| | San Francisco, California 94105 |
| 8 | Telephone: (415) 977-8963 |
| | Facsimile: (415) 744-0134 |
| 9 | E-Mail: Sharon.Lahey@ssa.com |
| 10 | ATTORNEYS FOR DEFENDANT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GEORGETTE ROGERS, | CIVIL NO. 2:15-cv-01574-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Georgette Rogers ("Plaintiff") and Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions.  The current due date is March 18, 2016.  The new due date will be April 18, 2016.  This is the first extension of time requested by Defendant and the third extension of time requested in the above-captioned matter.

STIPULATION & ~~PROPOSED~~ ORDER                    1                     (CIVIL NO. 2:15-cv-01574-EFB)

Defense counsel requires additional time to adequately address the issues Plaintiff raises in her motion for summary judgment due to workload demands, which include preparing nine dispositive motions during the remainder of March 2016.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 16, 2016      PETER BRIXIE
Attorney At Law

By: /s/ *Peter Brixie**
PETER BRIXIE
(*As authorized by email on March 16, 2016)
Attorneys for Plaintiff

Dated: March 16, 2016      BENJAMIN B. WAGNER
United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U. S. Attorney
Attorneys for Defendant

## ORDER

    Pursuant to stipulation, good cause appearing, IT IS SO ORDERED. Defendant shall file her cross-motion and response to plaintiff's motion for summary judgment on or before April 18, 2016. Plaintiff shall file any reply thereto on or before May 2, 2016.

DATED: March 16, 2016.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE