1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  SHARON LAHEY
   California State Bar No. 263027
5  Special Assistant United States Attorney
6
          160 Spear Street, Suite 800
7         San Francisco, California 94105
          Telephone: (415) 977-8963
8         Facsimile: (415) 744-0134
          E-Mail: Sharon.Lahey@ssa.com
9
10 ATTORNEYS FOR DEFENDANT

11                       UNITED STATES DISTRICT COURT
12                       EASTERN DISTRICT OF CALIFORNIA
13                              SACRAMENTO DIVISION

| | |
|---|---|
| | CIVIL NO. 2:15-cv-01574-EFB |
| GEORGETTE ROGERS, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S ~~FIRST~~ **SECOND** EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| Plaintiff, | |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Georgette Rogers ("Plaintiff") and Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") (collectively, the "parties"), by and through their respective counsel of record, that Defendant shall have a second extension of time of 14 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions.  The current due date is April 18, 2016.  The new due date will be May 2, 2016.  Defense counsel requires additional time to adequately address the issues Plaintiff raises in her motion for summary judgment

STIPULATION & ~~PROPOSED~~ ORDER                                        (CIVIL NO. 2:15-cv-01574-EFB)

due to unanticipated leave the week of April 11, 2016.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: April 14, 2016                         PETER BRIXIE
                                                Attorney At Law


                                      By:  /s/ *Peter Brixie**
                                      PETER BRIXIE
                                      (*As authorized by email on April 12, 2016)
                                      Attorneys for Plaintiff

Dated: April 14, 2016                         BENJAMIN B. WAGNER
                                                United States Attorney


                                      By:  /s/ *Sharon Lahey*
                                      SHARON LAHEY
                                      Special Assistant U. S. Attorney
                                      Attorneys for Defendant


## **ORDER**

     Pursuant to stipulation, good cause appearing, IT IS SO ORDERED.  Defendant shall file her response to Plaintiff's motion for summary judgment on or before May 2, 2016.  Plaintiff shall file any reply thereto on or before May 16, 2016.


DATED:  April 21, 2016                         _____
                                                HON. EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE