BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8963
    Facsimile: (415) 744-0134
    E-Mail: Sharon.Lahey@ssa.com

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GEORGETTE ROGERS, <br><br>    Plaintiff, <br><br>vs. <br><br>CAROLYN W. COLVIN, Acting Commissioner <br>   Of Social Security, <br><br>    Defendant. | CIVIL NO. 2:15-cv-01574-EFB <br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S THIRD EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between Georgette Rogers ("Plaintiff") and Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Defendant shall have a third extension of time of 14 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions. The current due date is May 2, 2016 and the new deadline would be May 16, 2016. Defendant requires additional time so that she may continue to consider the possible settlement of the above-captioned matter without further briefing.

STIPULATION & ~~PROPOSED~~ ORDER                                                     (CIVIL NO. 2:15-cv-01574-EFB)

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: April 29, 2016                    PETER BRIXIE
                                                Attorney At Law


                                          By:  /s/ *Peter Brixie\**
                                          PETER BRIXIE
                                          (*As authorized by email on April 29, 2016)
                                          Attorneys for Plaintiff

Dated: April 29, 2016                    BENJAMIN B. WAGNER
                                                United States Attorney


                                          By:  /s/ *Sharon Lahey*
                                          SHARON LAHEY
                                          Special Assistant U. S. Attorney
                                          Attorneys for Defendant


## **ORDER**

      Pursuant to stipulation, good cause appearing, IT IS SO ORDERED. Defendant shall file her response to Plaintiff's motion for summary judgment on or before May 16, 2016. Plaintiff shall file any reply thereto on or before May 30, 2016.

DATED: May 2, 2016.

                                          HON. EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE