PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
E-Mail: Sharon.Lahey@ssa.com

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GEORGETTE ROGERS, | CIVIL NO. 2:15-cv-01574-EFB |
| Plaintiff, | |
| vs. | STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant Carolyn W. Colvin, Acting Commissioner of Social Security has agreed to voluntarily remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). The Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence including, but not limited to, any medical opinions, explain the weight given thereto, and address any inconsistencies in accordance with 20 C.F.R. sections 404.1520(a)(4)(ii), 404.1521, 404.1523, 404.1527(c)(3)&(4),

STIPULATION & P̶r̶o̶p̶o̶s̶e̶d̶ ORDER                                              CASE NO.: 2:15-cv-01574-EFB

1  416.920(a)(4)(ii), and 416.921.

Respectfully submitted,

Dated: May 3, 2016              PETER BRIXIE
                                Attorney At Law


                                By: /s/ *Peter Brixie**
                                PETER BRIXIE
                                (*As authorized by email on May 3, 2016)

                                Attorneys for Plaintiff

Dated: May 3, 2016              BENJAMIN B. WAGNER
                                United States Attorney


                                By: /s/ *Sharon Lahey*
                                SHARON LAHEY
                                Special Assistant U. S. Attorney

                                Attorneys for Defendant


### **ORDER**

Pursuant to stipulation, good cause appearing, IT IS SO ORDERED.

DATED: May 4, 2016

                                _____
                                HON. EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE